The order appealed from must be reversed, with costs.

Present:   CONLAN, SCHUCHMAN and O'DWYER, JJ.

Order reversed, with costs.

---

CHRISTIAN BILG, Appellant, v. FRITZ KUPPER, Respondent.

APPEAL from a judgment in favor of defendant.

H. A. Sperry, for appellant.

A. P. Wagener, for respondent.

*Per Curiam.*   Judgment appealed from affirmed, with costs.

Present:   SCHUCHMAN, CONLAN and O'DWYER, JJ.

Judgment affirmed, with costs.